# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 09–cr–00126–REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARCO PAREDES-SOLANO,

    Defendant.

## MINUTE ORDER[1]

This will confirm that the sentencing hearing set in the above-captioned matter is set for **September 18, 2009**, at 1:30 p.m.  The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

Dated: May 18, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.